FILED: April 30, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1090

(5:12-cv-00362-BR)

(10-09210-8-SWH)

_____

In re: SOMERSET PROPERTIES SPE LLC

      Debtor

-------------------------------

MGHC GROUP LLC

      Plaintiff - Appellant

v.

SOMERSET PROPERTIES SPE LLC

      Defendant - Appellee

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to suspend briefing, the court denies the motion. The court grants the alternative motion to amend the current briefing schedule as follows:

Opening brief and joint appendix due:  May 13, 2013

Response brief due: June 11, 2013

Any reply brief shall be filed 14 days of service of response brief.

    For the Court

    <u>/s/ Patricia S. Connor, Clerk</u>